UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REUBEN D. CISNEROS (#552984)

VERSUS

ROBERT HENDERSON, ET AL

CIVIL ACTION

NO. 11-581-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 1, 2011 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petition of Ruben D. Cisneros for habeas corpus relief is DENIED.

Baton Rouge, Louisiana, this 15th day of December, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA